UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN PETERS, Plaintiff, v. EXPERIAN INFORMATION SOLUTIONS, INC., et al., Defendants. | Case No. 20-cv-02232-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND ALLY FINANCIAL INC.**<br><br>Re: Dkt. Nos. 48, 49 |
|---|---|

Plaintiff Kevin Peters and defendants Experian Information Solutions, Inc. and Ally Financial Inc. have advised the court that they have agreed to a settlement. Dkt. Nos. 48, 49. **IT IS HEREBY ORDERED** that this case be dismissed with prejudice as to defendants Experian Information Solutions, Inc. and Ally Financial Inc. However, if any party certifies, within **ninety (90) days**, that settlement has not occurred, or that settlement of the claims is without prejudice, this Order shall be vacated and the case be reopened as to defendants Experian Information Solutions, Inc. and Ally Financial Inc.

**IT IS SO ORDERED.**

Dated: November 19, 2020



WILLIAM H. ORRICK
United States District Judge